# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

JOHN A. BERANBAUM △
BRUCE E. MENKEN
JASON J. ROZGER △
SCOTT SIMPSON
GRACE CRETCHER
MARIELLE A. MOORE

**Via ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

March 23, 2018

> ENDORSEMENT: Request to extend time to file motion for preliminary approval of class action settlement to 3/30/2018 is GRANTED. Mr. Rozger shall advise plaintiff who has not yet signed settlement agreement that, if signature is not received by 3/30/18, the Court shall issue a show cause order why such plaintiff's claims should not be dismissed. Mr. Rozger shall identify such plaintiff by name if not signed by 3/30/18.
> SO ORDERED.
> 3/24/2018  *Stewart D. Aaron*

Re: *Accardi et al. v. Honeywell International, Inc.*
Case No. 16-cv-03861 (SDA)

Your Honor:

    I write on behalf of both parties to update the court on the status of the filing of the motion for preliminary approval of the parties' class action settlement, which is due today. Unfortunately, we are still awaiting the signature of one of the named Plaintiffs on the settlement agreement. This deadline has been extended several times already, and the parties are loathe to try the Court's patience, but are compelled to request an additional extension of one week, although I am prepared to file as soon as I receive the signature.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

Jason J. Rozger

cc:  **Defense Counsel via ECF**